#### Asa Mann v. I. Marsh.

THE court ruled, that where a person pays money
to a creditor, who has demands against him on two

accounts, the creditor, may place it to which he pleases, unless the debtor direct its application.